PRESS FIRMLY TO SEAL

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13F
OD: 1

---



**UNITED STATES POSTAL SERVICE®**   **Click-N-Ship®**

E

usps.com
$27.10
US POSTAGE
Flat Rate Env

9481 7036 9930 0041 1018 99 0271 0000 0031 3261

12/01/2021   Mailed from 07303   062S0000000101

### PRIORITY MAIL EXPRESS 2-DAY™

PO BOX 13226
JERSEY CITY NJ 07303-4226

Scheduled Delivery Date: 12/03/21

**0007**

C061

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

DEC -7 2021

REC'D

SIGNATURE REQUIRED

SCHEDULED DELIVERY 6:00 PM

SHIP TO:
JOHN DOMURAD, CLERK
U.S. DISTRICT COURT
100 S CLINTON ST
FEDERAL BUILDING, PO BOX 7367
SYRACUSE NY 13261-6100

**USPS SIGNATURE TRACKING #**

9481 7036 9930 0041 1018 99

---



UNITED STATES POSTAL SERVICE®