

-cv-01303-DNH-CFH   Document 37   Filed 03/14/22

$0.53
US POSTAGE
FIRST-CLASS
062S0007836191
13901

Publius Publicola
PO Box 13226
Jersey City, NJ

NIXIE    076  DE 1    0003/12/22

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 13901778199    *0837-94111-09-45

13901>2781

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAR 14 2022
AT _____ O'CLOCK
John M. Domurad, Clerk - Binghamton

United States District Court
15 Henry Street
Binghamton, NY 13901

## Orders on Motions
1:21-cv-01303-DNH-CFH Publius Publicola v. Lomenzo et al

PRO SE

# U.S. District Court

### Northern District of New York - Main Office (Syracuse) [NextGen CM/ECF Release 1.6 (Revision 1.6.2)]

## Notice of Electronic Filing

The following transaction was entered on 2/9/2022 at 9:55 AM EST and filed on 2/9/2022
**Case Name:**　　　Publius Publicola v. Lomenzo et al
**Case Number:**　　1:21-cv-01303-DNH-CFH
**Filer:**
**Document Number:** 25

**Docket Text:**
**ORDER granting the [24] Letter Motion from AAG Brittany M. Haner for Nancy Barry, Destini Bowman, Cara Brousseau, Craig Doran, William Hooks, Shawn Kerby, New York State Law Reporting Bureau, Douglas Randall, Karen Bailey Turner, Joseph Valentino requesting Extension of Time to Respond to Motions for Transfer of Venue to the Western District of New York. Response to the [15] & [21] Motions to Transfer Case due by: 2/28/2022. Signed by District Judge David N. Hurd on 02/09/2022. (Copy served on Plaintiff Publius Publicola via regular mail on 02/09/2022)(map)**


**1:21-cv-01303-DNH-CFH Notice has been electronically mailed to:**

Andrew J. Schwab　　　aschwab@schwabgasparini.com

Brian P. Green　　　briangreen@monroecounty.gov

Brittany M. Haner　　　brittany.haner@ag.ny.gov, Federal.Papers@ag.ny.go, william.scott@ag.ny.gov

James A. Resila　　　JRESILA@SCHWABGASPARINI.COM, rpreston@carterconboy.com

**1:21-cv-01303-DNH-CFH Notice has been delivered by other means to:**

Publius Publicola
PO Box 13226
Jersey City, NJ 07303

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1051896954 [Date=2/9/2022] [FileNumber=5380862-0]



[889959694c3df13ab823d7744ee25fdac8b2a0db89b0cee211380227faacd0a9943c
1b35a8f896ad58ea618458fb16e33c388044686717446e49ed6df3724081]]

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

LETITIA JAMES
DIVISION Attorney General
Litigation Bureau

STATE COUNSEL

February 8, 2022

[VIA CM/ECF]
Hon. Christian F. Hummel
Magistrate Judge
United States District Court
Northern District of New York
100 S. Clinton Street
P.O. Box 7365
Syracuse, New York 13261-7365

Re:   *Publius Publicola vs Randall, et. al* (Index No. 21-cv-1303 (DNH/CFH))

Dear Judge Hummel:

I write to request an extension of the date for the State Defendants' response to each of the Codefendants' Motions to Transfer Venue to **February 28, 2022** *on consent of counsel for both the Town of Penfield Defendants and the Monroe County Defendants*. Dkt ## 15, 21. This office, in consultation with our nine clients, settled on its position regarding a potential venue transfer just today. Additionally, I am out of the office next week, a state holiday falls on the following week, and my current schedule will not permit an earlier response.

Thank you for your consideration of this request.

*Pursuant to 28 U.S.C. § 1746 I declare that, on this date, I caused the plaintiff to be served with a copy of this letter request by First-Class United States Mail at the address listed below.*

**IT IS SO ORDERED:**

*/signature/*
David N. Hurd
U.S. District Judge

Dated: 2-9-2022

Respectfully submitted,

/s/ Brittany M. Haner

Brittany M. Haner
*Assistant Attorney General*
Direct Line: (518) 776-2389
Brittany.Haner@ag.ny.gov

12224-0341 • (518) 776-2300
3.NY.GOV