# PUBLIUS PUBLICOLA
PO BOX 13226, JERSEY CITY, NEW JERSEY 07303

April 04, 2022



Hon. David N. Hurd
United States District Court Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, New York 12207

    Re:    *Publius Publicola v. John Lomenzo, et al.*; Case No. 1:21-CV-1303 (DNH/CFH); Plaintiff Publius Publicola's Response to Your Text Order Dated March 16, 2022 (ECF No. 38)

Dear Judge Hurd:

In further response to your text order dated March 16, 2022 threatening to dismiss the above-referenced action (ECF No. 38), I simply wanted to provide you with a copy of the envelope sent to me containing said order (*see* Exhibit 1) to further demonstrate that (1) my address is accurate and (2) I am receiving mail at said address.

I'd happily provide you with the original envelope upon request.

                                                Respectfully,

                                                Publius Publicola

# EXHIBIT 1



CLERK U.S. DISTRICT COURT
10 Broad St.
Utica, New York 13501-1233

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE

SYRACUSE NY 130
16 MAR 2022 PM 1 L

Publius Publicola
PO Box 13226
Jersey City, NJ 07303

07303-422625

$0.530
US POSTAGE
FIRST-CLASS
062S0009669015
13501

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Publius Publicola,<br><br>      Plaintiff,<br><br>v.<br><br>John Lomenzo, Town of Penfield, Joseph Valentino, Douglas Randall, Destini Bowman, Karen Bailey Turner, Craig Doran, Leah Mervine, County of Monroe, William Hooks, Cara Brousseau, New York State Law Reporting Bureau, Shawn Kerby, and Nancy Barry,<br><br>      Defendants. | Case No. 1:21-CV-1303 (DNH/CFH) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of April, 2022, I mailed the foregoing using USPS First-Class Mail, postage prepaid, to the following:

Brittany Haner
The Capitol
Albany, New York 12224
*Attorney for Defendants Valentino, Randall, Bowman, Turner, Doran, Hooks, Brousseau, New York State Law Reporting Bureau, Kerby, and Barry*

Andrew Schwab
109 S. Warren Street, Suite 306
Syracuse, New York 13202
*Attorney for Defendants Town of Penfield and Lomenzo*

Dated: April 04, 2022                              By: /s/ Publius Publicola
                                                                           PO Box 13226
                                                                           Jersey City, New Jersey 07303

PO Box 13226
Jersey City, New Jersey 07303

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
RECEIVED
APR 07 2022

DV DANIELS NJ 070
5 APR 2022 PM 6 L

Clerk, U.S. District Court
Alexander Pirnie Federal Building
10 Broad Street
Utica, New York 13501

13501-123399